# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

**Andrea E. Celli, Esq.**
Trustee
**Bonnie Baker, Esq.**
Assoc. Attorney

Telephone: (518) 449-2043
Facsimile: (518) 449-2473

For payments Only:
P.O Box 1918
Memphis, TN 38101-1918

July 18, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

**RECEIVED & FILED**

JUL 20 2011

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Re:  05-16607    Stephen L Lester
                 Sandra Lester

Dear Mr. Lefebvre:

Enclosed please find check #922789 in the amount of $273.24 representing unclaimed funds on the above referenced case. The following initiative was taken in trying to locate the debtor. Our office contacted Mr. Croak requesting updated information. We sent a letter to a potential address provided by the U.S. Postal Service. The Lexis people search provided the same address as listed on the bankruptcy petition. We also tried contacting Mr. Lester at his place of employment, without success.

Our records reflect the debtor's name and address is as follows:

Debtor Refund:    Stephen L Lester
                  Sandra Lester
                  40 Saunders Street
                  Whitehall, NY 12887

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli